UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| DEZIREE VALOE, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>AMERICAN CYANAMID CO., et al.,<br><br>                    Defendants. | Case No. 11-CV-0425 |

## Stipulation for Substitution of Counsel and Withdrawal

**IT IS HEREBY STIPULATED** by the undersigned as follows**:**

1.  MEISSNER TIERNEY FISHER & NICHOLS SC, by Jacob A. Sosnay, has been retained by and appears for Armstrong Containers, Inc. in the above-entitled action as counsel of record as substitute for Attorney Timothy Bascom of BASCOM BUDISH & CEMAN SC, and

2.  BASCOM BUDISH & CEMAN SC together with Attorney Timothy Bascom may be withdrawn as counsel of record for the defendant and terminated from the service list for this matter.

Dated this 30th day of December, 2024.

***Signature Page to Follow***

**Meissner Tierney Fisher & Nichols SC**

*Electronically signed by: Jacob A. Sosnay*
    Jacob A. Sosnay
    State Bar No. 1063964
    jas@mtfn.com
    Attorneys for Defendant

**P.O. Address:**
111 East Kilbourn Ave, 19th Floor
Milwaukee, WI 53202
414-273-1300

**Bascom Budish & Ceman SC**

*Electronically signed by: Timothy Bascom*
Timothy Bascom
State Bar No. 1010017
tbascom@bbclaw.com

**P.O. Address**:
W193N10975 Kleinmann Dr, Ste B
Germantown WI 53022
414-476-0800